# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| ANN MARIE GILLUM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:15-cv-00097 |
| | ) | JUDGE CRENSHAW |
| HARRIS-TEETER, LLC, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 45), to which no party filed timely objections. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, the Complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute. All pending motions are **DENIED AS MOOT**.

This is the final order in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE